[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

No. 99-1499

ROBERT E. SILVA,

Plaintiff, Appellant,

v.

WILLIAM A. SIFFLARD, VICE PRESIDENT, GENERAL MANAGER,
E.U.A. NOVA,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Mary M. Lisi, U.S. District Judge]

Before

Torruella, Chief Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

Robert E. Silva on brief pro se.
Steven M. Richard, Douglas J. Emanuel and Tillinghast, Licht, Perkins, Smith & Cohen on brief for appellees.

April 24, 2000

**Per Curiam**.  After carefully reviewing the record and briefs on appeal, we affirm substantially for the reasons adopted by the district court.  Among other considerations, the appellant made no showing that he could establish an essential element of his case, that he was harassed because of his sex.  Although we do not condone harassment on the basis of perceived sexual orientation, it is not, without more, actionable under Title VII.  Higgins v. New Balance Athletic Shoe Inc., 194 F.3d 252 (1st Cir. 1999).

Affirmed.  Loc. R. 27(c).